UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE:     RONALD SMITH and SONYA SMITH     NO. 5:02-bk-18647-E
Chapter 13

## OBJECTION TO CONFIRMATION OF PLAN

COMES MHC Financial Services, Inc. f/k/a Ozark Financial Services, Inc. ("MHC"), by and through its undersigned attorneys, and for its Objection to Confirmation of Debtors' Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. The Debtors filed their Petition under Chapter 13 of the United States Bankruptcy Code on or about August 5, 2002.

2. MHC is a secured and perfected creditor of the Debtors pursuant to three (3) Security Agreements Retail Installment Contracts and five (5) corresponding Oklahoma Lien Entry Forms.

3. The Debtors' Chapter 13 Plan proposes to surrender a 1998 Peterbilt Truck and proposes to retain and pay cramdown values on the other four units.

4. Specifically, under the category of "Secured debts that will not extend beyond the length of the Plan", the Debtors value three (3) 2000 Kenworth W900 Tractors for a total of $162,000.00, or $54,000.00 each. The Debtors propose to pay that value at eight percent (8.0%) per annum over the 60 months of the Plan.

5. MHC objects as the three (3) 2000 Kenworths are not property of these Debtors' estate and should not be included in the Plan. The Security Agreement Retail Installment Contract, attached as Exhibit "A", provides that the buyer of the three (3) 2000 Kenworths is Smith Team, Inc., an Arkansas corporation in good standing in which the Smiths own the stock. The Smiths are the

guarantors of the secured debt and in their Chapter 13 Plan, as guarantors, can propose to pay the debt in full but have no legal right to propose to pay a cramdown value.

6. Affirmatively stating, and without benefit of inspection, MHC believes each of the three 2000 Kenworth W900 Trucks to have a retail or replacement value in the range of $70,000.00 per truck.

7. The Debtors' Plan also proposes to retain and pay for a 1996 Kenworth T600B Truck as a secured debt which will not extend beyond the length of the Plan. The Plan states that the pay-off to MHC is $11,000.00, proposes to pay the value of $11,000.00, and proposes an interest rate of eight percent (8.0%) per annum.

8. MHC objects to the value provided by the Debtors, objects to the proposed interest rate and objects to the 58-month term of repayment.

9. Affirmatively stating, and without benefit of inspection, MHC believes the 1996 Kenworth T600B Truck to have a retail or replacement value of approximately $14,775.00.

10. Affirmatively stating, MHC believes that the appropriate rate of interest for the risk involved in financing four (4) over-the-road tractor/trailer trucks is reflected in the Contract rate of 9.5% per annum which remains close to the current market rate for loans of risk of this type.

11. MHC objects to the Debtors' propose to pay the debt over 58 months. The collateral, a 1996 Kenworth Tractor/Truck, is an over-the-road long haul unit which will not be used in that capacity as it ages. Affirmatively stating, the Contract was entered into in February, 1999 with a 42-month term. The Contract reflected the depreciating nature of the collateral. Under the terms of the Contract, without extension, the unit would have been paid in full at this time if the Debtors had timely made all the payments. The Debtors should be required to pay for this unit in full in twelve (12) monthly payments.

12. The Plan has not been filed in good faith with respect to MHC Financial Services, Inc. and should not be confirmed.

WHEREFORE, MHC Financial Services, Inc. f/k/a Ozark Financial Services, Inc. prays that its Objection to Confirmation of Plan be sustained; and for any relief which is just and equitable.

Respectfully submitted,

EICHENBAUM, LILES & HEISTER, P.A.
124 West Capitol Avenue, Suite 1400
Little Rock, AR 72201-3736
(501) 376-4531
(501) 376-8433

By: /s/ Martha Jett McAlister
    Martha Jett McAlister
    Arkansas Bar No. 88133
ATTORNEYS FOR MHC FINANCIAL SERVICES, INC. f/k/a OZARK FINANCIAL SERVICES, INC.

## CERTIFICATE OF SERVICE

I, Martha Jett McAlister, do hereby certify that a copy of the foregoing pleading has been duly served upon **Jo-Ann L. Goldman, Trustee**, Post Office Box 8202, Little Rock, AR 72221-8202 by the Bankruptcy Clerk's Office through the Electronic Case Filing system and to **G. Gregory Niblock,** NIBLOCK & ASSOCIATES, Post Office Box 751, Stuttgart, AR 72160 by placing same in U.S. Postal Service, with sufficient postage for delivery, on September 3, 2002.

/s/ Martha Jett McAlister
Martha Jett McAlister

C:\My Documents\MJM\BANKRUPTCY\smith.mhc.obj.wpd